UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORAN J. ROSE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15CV01303 ERW |
| ) | |
| WAKEFIELD AND ASSOCIATES, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court in Plaintiff Doran Rose's suit against Defendant Wakefield and Associates, Inc. alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. After oral argument on the discovery dispute, the Court makes the following orders.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant produce to Plaintiff within fifteen days of this order, account notes concerning the correspondence sent by Defendant and the amount of principal in said correspondence for the accounts of the persons in the class of persons as described by Plaintiff and as requested in Plaintiff's Requests for Production 2 and 3.

**IT IS FURTHER ORDERED** that Defendant produce to Plaintiff within thirty days a balance sheet for 2012-present, prepared and certified as accurate by Defendant's accountants, which includes all assets, short-term, long-term, and any other assets, all liabilities, current, long-term and any other liabilities, and a statement of Defendant's net worth. Defendant shall also produce copies of its tax returns for 2012-present. Defendant is not required to produce credit applications, valuations concerning its capital stock and goodwill nor its cash flow statements at this time.

So Ordered this 3rd day of December, 2015.

_____
**E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE**